UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CAROLINE M. HUNTER                                                                                        Plaintiff

v.                                                                                        Civil Action No. 3:23CV-236-RGJ

EAGLE FINANCIAL SERVICES, INC.                                                              Defendants

\* \* \* \* \*

## ORDER

The Court, having been advised by counsel and the Magistrate Judge **[DE 46-47]** that settlement has been reached on all matters in this case, **ORDERS** that this action be, and the same hereby is, **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the **ACTIVE DOCKET.**

The parties shall tender an agreed order dismissing this case with prejudice within forty-five (45) days of entry of this Order. The Court will entertain a motion to redocket this action upon application to this Court within forty-five (45) days from entry of this Order if the settlement is not consummated.

September 14, 2023

Rebecca Grady Jennings, District Judge
United States District Court

Copies to: Counsel of Record